**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

 VS             CASE NO. 3:10cr30/MCR

ROBERT E. BOURLIER

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on  April 19, 2011
Motion/Pleadings:  MOTIONS IN LIMINE TO BIFURCATE THE FORFEITURE PROCEEDINGS FROM TRIAL
Filed by  Defendant  on 3/30/11  Doc.#  179
RESPONSES:
Government  on  Doc.# 218
        on  Doc.#

\_\_\_\_ Stipulated   \_\_\_\_ Joint Pldg.
\_\_\_\_ Unopposed   \_\_\_\_ Consented

          JESSICA J. LYUBLANOVITS
          CLERK OF COURT

          s/ *Mary Maloy*
LC (1 OR 2)        Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 23rd day of* <u>April</u>*, 2011, that:*

 *The relief requested is GRANTED with the caveat that the Government may introduce such evidence in the guilt phase to the extent it is relevant to both guilt and forfeiture.*

          *M. Casey Rodgers*
          **M. CASEY RODGERS**
Entered On Docket: _____ By: \_\_  *United States District Judge*
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.