**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

   VS                                    CASE NO. 3:10cr30/MCR

ROBERT E. BOURLIER

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on April 19, 2011
Motion/Pleadings: GOVERNMENT'S SECOND MOTION IN LIMINE
Filed by Government on 3/31/11 Doc.# 180
RESPONSES:
None on Doc.#
                                   on Doc.#

_____ Stipulated _____ Joint Pldg.
_____ Unopposed _____ Consented

                                JESSICA J. LYUBLANOVITS
                                CLERK OF COURT

                                s/ *Mary Maloy*
LC (1 OR 2)                  Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 23rd day of April, 2011, that:*

    *The relief requested is GRANTED.*

                                          *M. Casey Rodgers*
                                          ***M. CASEY RODGERS***
                                          *United States District Judge*

```
Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____
```

                                    Document No.