**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                  CASE NO.  3:10cr30/MCR

ROBERT E. BOURLIER

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on  April 19, 2011
Motion/Pleadings:  GOVERNMENT'S THIRD MOTION IN LIMINE (IN CAMERA)
Filed by Government  on 4/1/11  Doc.# 181
RESPONSES:
None  on  Doc.#
  on  Doc.#

\_\_\_\_\_ Stipulated   \_\_\_\_\_ Joint Pldg.
\_\_\_\_\_ Unopposed   \_\_\_\_\_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT

s/ *Mary Maloy*
LC (1 OR 2)  Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this* 23rd *day of* April*, 2011, that:*
    *The relief requested is GRANTED.*

*M. Casey Rodgers*
**M. CASEY RODGERS**
**United States District Judge**

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.